UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS SANTOS,

                        Plaintiff,

          -against-

AIRTIME EXPRESS INC., et al.,

                     Defendants.

-----------------------------------------------------------------x

26-CV-01137 (LAK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference to discuss the case management plan filed at ECF No. 12 is hereby

rescheduled to **Wednesday, April 29, 2026 at 12 p.m.** Counsel for the parties are directed to call

Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access**

**code [651 096 130#].**

      **SO ORDERED.**

DATED:    New York, New York
            April 8, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge